# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Christian / Southern

**Matter to be Sealed**

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: PATRICIA ASHTON DERGES

Alias Name:

Birth Date: 12/27/1957

**Related Case Information**

Superseding Indictment? ☐ Yes ☒ No  If yes, original case number:
New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA Shannon T. Kempf

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts    20 w/FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:1343.F "FRAUD BY WIRE, RADIO, OR TELEVISION" | 1-8 |
| 2 | 21:841B=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE | 9-18 |
| 3 | 18:1001.F STATEMENTS OR ENTRIES GENERALLY | 19-20 |
| 4 | 18:981.F CIVIL FORFEITURE | FA |

(May be continued on reverse)

revised: 06/11/2019