*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　　**Date:**　　March 26, 2021

**vs.**　　　　　　　　　　　　　　　　　　　　**Case No.:**　21-03016-01-CR-S-BCW

**PATRICIA ASHTON DERGES**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**　Arraignment - Superseding Indictment

**Time Commenced:**　9:21 a.m.　　　　　　　　**Time Terminated:**　9:34 a.m.

---

### APPEARANCES

**Plaintiff:**　　Shannon Kempf, AUSA
**Defendant:**　Albert S. Watkins, Retained

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

Because Defendant has made her appearance, the Government orally requests for the Superseding Indictment to be unsealed. Court grants oral request and orders that Superseding Indictment be unsealed and processed in accordance with established procedure and law.

*Arraignment*: Defendant waives formal reading of the Superseding Indictment and enters a plea of not guilty as to all counts naming Defendant.

The previously-entered Scheduling Order will remain in place. Case placed on the Joint Criminal Trial Docket.

Defendant on bond.

---

**Courtroom Deputy/ERO:**　Karla Berziel