*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

**MINUTE SHEET**

**UNITED STATES OF AMERICA**                    **Date: April 6, 2021**

**vs.**                                                                **Case No.:   21-03016-01-CR-S-BCW**

**PATRICIA ASHTON DERGES**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:   Pretrial Conference**

**Time Commenced:  9:28 a.m.**                        **Time Terminated:   9:38 a.m.**

---

**APPEARANCES**

**Plaintiff:     Shannon Kempf, AUSA**
**Defendant:  Albert Watkins, Retained**

---

**Proceedings:  Parties appear as indicated above.   Defendant appears in person.**

**Defense Counsel will file a written motion for continuance of the May 2021 trial docket.**

**Defendant on bond.**

---

**Courtroom Deputy/ERO:   Karla Berziel**