# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 21-3016-01-CR-S-BCW |
| **PATRICIA ASHTON DERGES,** | |
| Defendant. | |

## AMENDED NOTICE AND BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

The United States of America hereby files the following Notice and Bill of Particulars for Forfeiture of Property.

The Forfeiture Allegation in this case seeks forfeiture of all property, real and personal, constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of the violations alleged in Counts One through Eight and 21 through 23, pursuant to Title 18, United States Code, Section 1343.

The United States hereby gives notice that it is seeking forfeiture of the following property:

> approximately $287,565.33 in United States currency seized from a Great Southern Bank Account, ending in 4503, in the name of Ozark Valley Medical Clinic LLC, on or about March 24, 2021, an account controlled by Patricia Ashton Derges,

as proceeds directly traceable to the violations alleged in Counts One through Eight and 21 through 23 of the Superseding Indictment.

Respectfully submitted,

Teresa A. Moore
Acting United States Attorney

By
    */s/ Shannon T. Kempf*
    Shannon T. Kempf
    Assistant United States Attorney
    901 St. Louis Street, Suite 500
    Springfield, Missouri 65806-2511

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2021, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system for electronic delivery to all counsel of record.

    */s/Shannon T. Kempf*
    Shannon T. Kempf
    Assistant United States Attorney