# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
     August 16, 2021

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, July 21, 2021, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements.** <u>**Final plea agreements are to be signed prior to the conference or be ready for signature at the conference**</u>. Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing August 16, 2021.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is September 20, 2021, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled pretrial conference shall be considered untimely.** A motion not timely filed will be summarily

denied.

Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>July 21, 2021</u>**

| | | | |
|---|---|---|---|
| 21-03050-CR-S-MDH | | United States | Tony Brown |
| | | v. | |
| | -01 | Brent Thompson | Michelle Moulder |
| | | | |
| 20-03118-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Matthew J. Chiera | Stuart Huffman |
| | | | |
| 20-03038-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Brandon Lane McCullough | Stuart Huffman |

| | | |
|---|---|---|
| 21-03082-CR-S-SRB | United States | Stephanie Wan |
| | v. | |
| -01 | Kody Ryan Kelso | Michelle Law |
| | | |
| 21-03051-CR-S-MDH | United States | Jody Stockard |
| | v. | |
| -01 | Julio C. Gonzalez | Ian Lewis |
| | | |
| 21-03059-CR-S-SRB | United States | Jody Stockard |
| | v. | |
| -01 | Kyle R. Evans | Brian Risley |
| | | |
| 21-03063-CR-S-MDH | United States | Patrick Carney |
| | v. | |
| -01 | George Becker | Michelle Moulder |
| | | |
| 21-03067-CR-S-BCW | United States | Randy Eggert |
| | v. | |
| -01 | David Panbehchi | Ian Lewis |
| | | |
| 21-03027-CR-S-RJ | United States | Casey Clark |
| | v. | |
| -01 | Gary T. Kruitbosch | Michelle Law |

| | | | |
|---|---|---|---|
| 19-03133-CR-S-MDH | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Ryon L. Woody | Tom Carver |
| | -02 | Tyler Partlow | Stuart Huffman |
| | | | |
| 19-03153-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Brian L. Letterman | Alison Hershewe |
| | | | |
| 20-05026-CR-SW-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Freddie Lewis Tilton | Shane Cantin |
| | -02 | Alvin Dale Boyer | David Back |
| | | | |
| 21-03016-CR-S-BCW | | United States | Shannon Kempf |
| | | v. | |
| | -01 | Patricia Ashton Derges | Albert Watkins |
| | | | |
| 20-03111-CR-S-MDH | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Paul R. Aistars | Mark Hammer |
| | | | |
| 21-03014-CR-S-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Corey Levi Porter | Teresa Fiester |

| | | | |
|---|---|---|---|
| 21-03004-CR-S-SRB | | United States | Patrick Carney |
| | | v. | |
| | -01 | Elizabeth D. Hessing | Marshall Miller |
| | | | |
| 21-03019-CR-S-RK | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Eric Decocq | James Hayes |
| | | | |
| 21-03006-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Larry D. Wright | Lacon Smith |
| | -03 | Alex J. Collins | Jason Coatney |
| | -04 | Theresa L. Villarea | Agi Prevendarscik |
| | | | |
| 21-03033-CR-S-MDH | | United States | Stephane Wan |
| | | v. | |
| | -01 | James Hudgins | Ann Koszuth |
| | | | |
| 21-03008-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Bradley Ogle | Ann Koszuth |
| | -02 | Gino C. Locklear | Gary Wilson |

| | | | |
|---|---|---|---|
| 20-03126-CR-S-MDH | | United States | Patrick Carney |
| | | v. | |
| | -01 | Donald Scroggins | Ann Koszuth |
| | | | |
| 20-03037-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Tara New | Brian Risley |
| | | | |
| 21-03024-CR-S-BP | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Colby Fronterhouse | Erica Mynarich |
| | | | |
| 20-05030-CR-SW-RK | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Francisco Magallon | Michelle Law |
| | -02 | James L. Mangold | Russ Dempsey |
| | -03 | Michael D. Ash | Brian Risley |
| | -05 | Dustin L. Brenneman | Gary Wilson |
| | -06 | Misty M. Forester | Erica Mynarich |
| | -07 | Breanna S. Maggard | Alison Hershewe |
| | | | |
| 20-03021-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -03 | Victor R. Haskins | Megan McCullough |

| | | | |
|---|---|---|---|
| 21-05006-CR-SW-BP | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Damion Spillman | Michelle Moulder |
| | | | |
| 20-03050-CR-S-BP | | United States | Jessica Sarff |
| | | v. | |
| | -01 | James W. Fithen | David Back |
| | -02 | Megan L. Neal | Kristin Jones |
| | -03 | Samuel L. Pyatt | Stuart Huffman |
| | -04 | Patrick A. Dodson | Darryl Johnson |
| | -05 | Bolinda J. Gleghorn | Marshal Miller |
| | -06 | Christopher L. Dusenbury | Russ Dempsey |
| | -07 | Kevin L. Moss | Shane Cantin |
| | -10 | Austin L. Velarde | Rob Aiken |
| | -11 | Brady T. Smith | Brandent Twibell |
| | -12 | Leslie O. Collins | James Hayes |
| | -13 | Chelsea Cloven | Penny Speake |
| | | | |
| 21-05010-CR-SW-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | Caleb Riley Adams | Erica Mynarich |
| | | | |
| 18-03129-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Michael Austin Smith | Ian Lewis |

| | | | |
|---|---|---|---|
| 19-05041-CR-SW-SRB | | United States | Ami Miller |
| | | v. | |
| | -01 | Harley Wayne Schrader | Ian Lewis |
| | | | |
| 20-03005-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Marrio C. Harris | David Back |
| | | | |
| 20-03077-CR-S-MDH | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Walter Wilson | Lacon Smith |
| | | | |
| 19-03159-CR-S-RK | | United States | Byron Black |
| | | v. | |
| | -02 | Devonte A. Smith | David Johnson |
| | -04 | Danjouna A. Wiggins | Chad Garnder |
| | -06 | Dvante Q. Williams | Greg Wittner |
| | | | |
| 19-03124-CR-S-RK | | United States | Casey Clark |
| | | v. | |
| | -01 | Roy G. Harris, Jr. | Tom Carver |

| | | | |
|---|---|---|---|
| 20-03078-CR-S-BP | | United States | Randy Eggert |
| | | v. | |
| | -01 | Robert Fugate | Michelle Law |
| 20-03020-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Joseph Ferzely | Erica Mynarich |
| 19-03107CR-S-BP | | United States | Megan Chalifoux |
| | | v. | |
| | -02 | Kathleen E. Rohrer | Alison Hershewe |
| 20-03085-CR-S-BP | | United States | Tony Brown |
| | | v. | |
| | -01 | Jamil K. Hanson | Michelle Moulder |
| 20-5008-CR-SW-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Terry Lee Miksell | Brian Risley |
| 20-0362-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Robert Tyson Hice | Michelle Law |

| | | | |
|---|---|---|---|
| 19-03084-CR-S-MDH | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Cheyenne W. Conn | Brady Musgrave |
| | -08 | Johnathon W. Arnold | Stuart Huffman |
| | -09 | Chandler Roberts | Don Cooley |
| | -16 | Michael R. Housley | Marshall Miller |
| | | | |
| 21-05014-CR-SW-MDH | | United States | Byron Black |
| | | v. | |
| | -01 | Jerold G. Lake | Stuart Huffman |
| | | | |
| 21-03018-CR-S-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Dace Allen Doverspike | Michelle Moulder |
| | | | |
| 21-03028-CR-S-BCW | | United States | Ami Miller |
| | | v. | |
| | -01 | Mark John Millman | Michelle Moulder |
| | | | |
| 21-03032-CR-S-BP | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Nicholas Ponder | Michelle Moulder |
| | -02 | Michelle D. Christy | Amanda Burdick-Brown |

| | | |
|---|---|---|
| 20-03101-CR-S-SRB | United States | Tony Brown |
| | v. | |
| -01 | Robert Abbott | Ann Koszuth |
| | | |
| 21-03070-CR-S-BP | United States | Jody Stockard |
| | v. | |
| -01 | Jeffery A. Winder | Daniel Hunt |
| | | |
| 21-03073-CR-S-BP | United States | Ami Miller |
| | v. | |
| -01 | Gary Lee Kelly | Michelle Moulder |
| | | |
| 21-03069-CR-S-BCW | United States | Patrick Carney |
| | v. | |
| -01 | Nikolay P. Plyushchev | Michelle Molder |
| | | |
| 21-05026-CR-SW-BP | United States | Stephanie Wan |
| | v. | |
| -01 | Quinton Tyler McNeeley | Ann Koszuth |
| | | |
| 21-05021-CR-SW-MDH | United States | Jody Stockard |
| | v. | |
| -02 | Brittany Adcock | Marsha Jackson |

| | | |
|---|---|---|
| 21-03072-CR-S-MDH | United States | Stephanie Wan |
| | v. | |
| -01 | Porfirio Membreno Claros | Ann Koszuth |
| | | |
| 21-05030-CR-SW-MDH | United States | Patrick Carney |
| | v. | |
| -01 | Enrique Lopez-Cristobal | Ann Koszuth |
| | | |
| 21-03079-CR-S-RK | United States | Patrick Carney |
| | v. | |
| -01 | Cesar Guzman-Serrano | Michelle Law |
| | | |
| 21-03074-CR-S-BCW | United States | Ami Miller |
| | v. | |
| -01 | Billy Rae Clark | Ian Lewis |

*/s/ David P. Rush*
DAVID P. RUSH
UNITED STATES CHIEF MAGISTRATE JUDGE

Date: July 1, 2021