*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

**MINUTE SHEET**

**UNITED STATES OF AMERICA**       Date:     November 2, 2021

vs.      Case No.:    21-03016-01-CR-S-BCW

**PATRICIA ASHTON DERGES**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Motion Hearing

**Time Commenced:** 9:02 a.m.      **Time Terminated:** 11:37 a.m.

---

**APPEARANCES**

**Plaintiff:** Randy Eggert and Shannon Kempf, AUSA
**Defendant:** Albert S. Watkins, Retained

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

<u>*Motions to Dismiss Superseding Indictment; Recuse Assistant United States Attorney Shannon Kempf (Doc. # 48) and (Doc. # 83)*</u>:

Court asks questions to counsel. Arguments made regarding questions from the court.

<u>Government's Case</u>: Witness Vivek Reddy sworn and testifies on direct, cross, redirect and recross examinations and answers questions propounded by the court. Government Exhibit 1 was offered and admitted without objection for the limited purpose of this hearing. Witness excused. Witness Brian Watts sworn and testifies on direct and cross examinations. Government Exhibits 2 and 3 was offered and admitted without objection for the limited purpose of this hearing. Witness excused. 10:24 a.m. Recess. 10:35 a.m. Reconvene. Witness Teresa Dailey sworn and testifies on direct, cross and redirect examinations. Government Exhibits 4 and 5 was offered and admitted without objection for the limited purpose of this hearing. Witness excused. Witness Amanda Burrows sworn and testifies on direct, cross and redirect examinations. Witness excused.

**Court takes the matter as submitted on the record.**

**Defendant on bond.**

**Witnesses:**

**Dr. Vivek Reddy – University of Utah Medical Center (9:27 a.m. – 10:07 a.m.)**
**Brian Watts – Deputy General Counsel, University of Utah (10:08 a.m. – 10:24 a.m.)**
**Special Agent Teresa Dailey, United States Department of Health and Human Services (10:35 a.m. -11:04 a.m.)**
**Amanda Burros – (11:05 a.m. – 11:26 a.m.)**

**Courtroom Deputy/ERO:   Karla Berziel**