# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Case No. 21-CR-03016-01-BCW | |
| | ) | |
| PATRICIA ASHTON DERGES, | ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBIT INDEX

*Gov't's*

| | | |
|---|---|---|
| ✔ | = offered & admitted w/o objection | |
| Ex | = offered, but objected to and excluded | |
| DB | = admitted, de bene | |

| | |
|---|---|
| Ltd | = admitted for limited purposes |
| X | = offered & admitted over objection |
| NO | = marked, but not offered |
| WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓, Ltd | 11/2/21 | 9:32am | Redacted Medical Records-University of Utah |
| 2 | ✓, Ltd | 11/2/21 | 10:17am | August 16, 2021 e-mail |
| 3 | ✓, Ltd | 11/2/21 | 10:17am | August 20, 2021 email |
| 4 | ✓, Ltd | 11/2/21 | 10:40am | Medicaid Enrollment Application, Derges/OVMC |
| 5 | ✓, Ltd | 11/2/21 | 10:42am | Derges e-mail, Board of Healing Arts, 6-17-19 |
| 6 | ✓, Ltd | 11/2/21 | 10:45am | MODSS Letter to OVMC, 12-1-20 |
| 7 | ✓, Ltd | 11/2/21 | 10:45am | MODSS Letter to Derges, 12-1-20 |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____          _____
Signature                                                        Printed Name