IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:21-CR-03016-01-BCW |
| ) | |
| PATRICIA ASHTON DERGES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Rush's Report and Recommendation (Doc. #102) denying Defendant Patricia Ashton Derges' Motion to Dismiss Superseding Indictment or, in the Alternative, to Recuse Assistant United States Attorney Shannon Kempf. (Doc. #83). No objections to the Report and Recommendation were filed. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #102), Defendant's Motion to Dismiss Superseding Indictment or, in the Alternative, to Recuse Assistant United States Attorney Shannon Kempf (Doc. #83) is DENIED. It is further

ORDERED that Magistrate Judge Rush's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: January 24, 2022           /s/ Brian C. Wimes
                                  JUDGE BRIAN C. WIMES
                                  UNITED STATES DISTRICT COURT