# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## MINUTE SHEET

**United States of America**                    **Date:** June 27, 2022

**vs.**                                         **Case No.** 6:21-CR-03016-01-BCW

**Patricia Ashton Derges**                      **Day 10 – Criminal Jury Trial**

---

**Honorable Brian C. Wimes, presiding at Springfield, Missouri**

**Time Commenced:** 8:30 a.m.                   **Time Terminated:** 6:00 p.m.

---

## APPEARANCES

**Government by:** Randall Eggert, AUSA, and Shannon Kempf, AUSA (Special Agent Teresa Dailey; Special Agent Michael Effland)
**Defendant by:** Albert Watkins, Michael Schwade, William Saunders (Investigator Kevin Cosentino)

| Remarks: | Witness Testifying |
|---|---|
| Court in session at 8:30 a.m. Counsel and defendant present. Jury returns to the courtroom. Defense calls Dr. Josh Lynn. Witness sworn. Direct 8:39 a.m. Cross 9:09 a.m. Redirect 9:24 a.m. Recross 9:26 a.m. Witness excused at 9:27 a.m. Defense calls Lynn Morris. Witness sworn. Direct 9:28 a.m. Cross 9:39 a.m. Redirect 10:06 a.m. Recross 10:13 a.m. Witness excused at 10:15 a.m. Court in recess at 10:16 a.m. Court in session at 10:36 a.m. Counsel and defendant present. Jury returns to the courtroom. Defense calls David Storts. Witness sworn. Direct 10:38 a.m. Witness excused at 10:39 a.m. Defense calls Kim Allred. Witness sworn. Direct 10:41 a.m. Cross 10:43 a.m. Witness excused at 10:44 a.m. Defense calls Brandon Powell. Witness sworn. Direct 10:45 a.m. Cross 10:53 a.m. Redirect 11:06 a.m. Witness excused at 11:06 a.m. Jury released for break at 11:08 a.m. Court makes a record with defendant regarding her right to testify. Defendant declines to testify. Defense orally renews motion to dismiss. Court orally denies the motion. Court holds informal instruction conference. Court in recess at 11:34 a.m. Court in session at 12:38 p.m. Counsel and defendant present. Court holds final instruction conference. Court in recess at 12:57 p.m. Court in session at 1:10 p.m. Counsel and defendant present. Jury returns to the courtroom. Defense rests. Government has no rebuttal evidence. Court reads final instructions to the jury. Jury released for break at 2:25 p.m. Court in recess at 2:29 p.m. Court in session at 2:45 p.m. Counsel and defendant present. Jury returns to the courtroom. Government begins closing argument at 2:48 p.m. Defense begins closing argument at 3:44 p.m. Government begins rebuttal argument at 4:28 p.m. Jury retires to deliberate at 4:31 p.m. Court instructs the alternate jurors and they are sent home for the day. Court in session at 5:23 p.m. Counsel and defendant present. Court receives a note from the jury. Discussion held. Court responds in writing. Court in recess at 5:25 p.m. Court in session at 5:48 p.m. Counsel and defendant present. Court receives a note from the jury requesting exhibits 56, 109 and 131. Requested exhibits are returned to the jury. Jury returns to the courtroom at 5:58 p.m. Jury recesses for the day. Court in recess at 6:00 p.m. | Josh Lynn<br>8:39 a.m. – 9:27 a.m.<br>Lynn Morris<br>9:28 a.m. – 10:15 a.m.<br>David Storts<br>10:38 a.m. – 10:39 a.m.<br>Kim Allred<br>10:41 a.m. – 10:44 a.m.<br>Brandon Powell<br>10:45 a.m. – 11:06 a.m. |

**COURT REPORTER:** Denise Halasey
**COURTROOM DEPUTY:** Tracy Diefenbach
**LAW CLERK:** Wesley Pluviose-Philip