# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## MINUTE SHEET

**United States of America**  **Date:** June 28, 2022

**vs.**  **Case No.** 6:21-CR-03016-01-BCW

**Patricia Ashton Derges**  **Day 11 – Criminal Jury Trial**

---

**Honorable Brian C. Wimes, presiding at Springfield, Missouri**

**Time Commenced:** 8:55 a.m.  **Time Terminated:** 3:15 p.m.

---

## APPEARANCES

**Government by:** Randall Eggert, AUSA, and Shannon Kempf, AUSA (Special Agent Teresa Dailey; Special Agent Michael Effland)
**Defendant by:** Albert Watkins, Michael Schwade, William Saunders (Investigator Kevin Cosentino)

**Remarks:**

Jury begins deliberations at 8:25 a.m. Court in session at 8:55 a.m. Counsel and defendant present. Court receives note from the jury requesting exhibits. Jury requests exhibits 38, 41, 44, 45, 47, 48, 49, 53, 186, 187, 197 and 203. Jury returns to the Courtroom. Court explains the exhibits being returned to the jury. Court sends the requested exhibits that have been admitted into evidence to the jury along with Exhibits 185 and 204. Jury retires to deliberate. Court in recess at 9:40 a.m. Court in session at 11:21 a.m. Counsel and defendant present. Court receives a note from the jury requesting exhibits. Court sends the exhibits 8, 10, 111, 119, 141, 148 to the jury. Court in recess at 11:30 a.m. Court in session at 1:00 p.m. Counsel and defendant present. Court receives a note from the jury requesting exhibits 105 and 192. Requested exhibits provided to the jury. Court in recess at 1:01 p.m. Court in session at 2:10 p.m. Counsel and defendant present. Jury returns to the courtroom. Jury announces that they have reached a verdict. The jury finds defendant guilty on Counts 1 -7, 9 – 23. Defense requests jury polled. Court polls the jury. Court reads instruction 48 to the jury. Jury retires to deliberate. Court in recess at 2:30 p.m. Court in session at 2:33 p.m. Counsel and defendant present. Jury returns to the courtroom. Jury returns the special verdict finding the property is subject to forfeiture. Court releases jury from service. Court in recess for 2:36 p.m. Court in session at 2:51 p.m. Counsel and defendant present. Court takes up Government's request for remand. Court in recess at 3:05 p.m. Court in session at 3:11 p.m. Counsel and defendant present. Court takes up Government's request for remand. Court denies the request for remand and imposes additional conditions of bond. Court orders presentence report. Court in recess at 3:15 p.m.

**COURT REPORTER:** Denise Halasey
**COURTROOM DEPUTY:** Tracy Diefenbach
**LAW CLERK:** Wesley Pluviose-Philip